```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00305
  WIESLAWA WOJCICKI
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
  SSN XXX-XX-2811
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/09/07 and confirmed on 04/06/07.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  11336.50 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 1082.63 | .00 | 1082.63 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | 2600.00 | 321.09 | 2600.00 |
| INTERNAL REVENUE SERVICE | SECURED | 3000.00 | .00 | 3000.00 |
| AMSHER COLLECTIONS SVCS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 530.91 | .00 | 530.91 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| RICKENBACKER COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE LOMBARD | UNSECURED | NOT FILED | .00 | .00 |
| TATE & KIRLIN ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MITCHELL N KAY | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL COLLECTIO | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| ERS ENTERPRISE RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| RICKENBACKER COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | NOT FILED | .00 | .00 |
| NCO COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SUBURBAN CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| FBCS INC | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE VOICE STREAM | UNSECURED | NOT FILED | .00 | .00 |
| WHEATON EYE CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 1035.47 | .00 | 1035.47 |

          Summary of disbursements:
---

```
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6682.63         .00      1566.38         .00        8249.01
PRINCIPAL PAID      6682.63         .00      1566.38         .00        8249.01
INTEREST PAID        321.09         .00          .00         .00         321.09
TOTAL PAID          7003.72         .00      1566.38         .00        8570.10
```
The Debtor's attorney, ROBERT V SCHALLER           , was allowed $   3000.00
and was paid $    1415.00   direct and $    1585.00   through the plan.

The Trustee received $     473.74 .

Refunds to the Debtor totaled $     707.66 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/20/09                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE